UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
NJ MANNA CHURCH, INC.,

                                       Plaintiff,    **Docket No.:**

                -against-

                                                **NOTICE OF REMOVAL**

CHURCH MUTUAL INSURANCE COMPANY,

                                      Defendant.
-----------------------------------------------------------------x

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

       Defendant, CHURCH MUTUAL INSURANCE COMPANY, hereby removes this action from the Superior Court of the State of New Jersey, Bergen County, to the United States District for the District of New Jersey.

       1.    A civil action has been brought against Petitioner in the Superior Court of the State of New Jersey, Bergen County, which is entitled <u>NJ Manna Church, Inc. v. Church Mutual Insurance Company,</u> under Docket Number BER – L - 001558 – 25. A copy of the Summons and Complaint, and related correspondence and court documents are annexed hereto collectively as Exhibit "**A**". Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. received the aforesaid documents, including the Summons and Complaint by certified mail on March 17, 2025. Proper service has not been effectuated to date and Defendant Church Mutual Insurance Company did not received a copy of the Summons and Complaint by any means any earlier than March 17, 2025.

2. The above described action is one in which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Court by Petitioner herein pursuant to the provisions of 28 U.S.C §1332(a)(2) and (c)(1) and 28 U.S.C. §1441, in that it is a civil action between an organization of one state and a corporation which is incorporated and has its principal place of business in a foreign state. Upon information and belief, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, based on estimates of claimed damages submitted by plaintiff during the claims process.

3. Upon information and belief, at the time of the commencement of this action and at the filing of this Notice of Removal:

   a. Plaintiff NJ Manna Church, Inc. is a not-for-profit religious organization incorporated or organized under the laws of the State of New Jersey and is a citizen and resident of the State of New Jersey with its principal place of business located at 88 Hickory Avenue, Bergenfield, NJ 07621

   b. Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. is a stock insurance corporation organized and existing under the laws of Wisconsin, and is a citizen of the State of Wisconsin, with its principal place of business located at 3000 Schuster Lane, Merrill, WI 54452.

4. Plaintiff seeks money damages for alleged breach of contract and claimed bad faith.

5. Plaintiff alleges that it is the owner of property located at 88 Hickory Avenue, Bergenfield, NJ 07621 which allegedly sustained property damage on or about September 1, 2021 as a result of a storm. Plaintiff alleges that Defendant CHURCH MUTUAL INSURANCE COMPANY, insured Plaintiff against property damage to the

Plaintiff's premises. It is claimed that plaintiff suffered loss and damage to the property forcing expenses to be incurred to repair and replace the damaged property.

   6.  This notice of removal is timely, since it is being filed within 30 days of receipt of the Summons and Complaint by the petitioner.

   7.  Petitioner will promptly file a copy of this Notice in the Superior Court of the State of New Jersey, Bergen County and will serve a copy of same on the plaintiff in accordance with 28 U.S.C. §1446(d).

  **WHEREFORE**, Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. respectfully requests that the action pending against it in the Superior Court of the State of New Jersey, Bergen County, be removed therefrom to this Court.

Dated: April 16, 2025

            STRONGIN ROTHMAN & ABRAMS, LLP
            Attorneys for Defendant/Petitioner
            **CHURCH MUTUAL INSURANCE COMPANY S.I.**
            70 South Orange Avenue, Suite 215
            Livingston, NJ 07039
            (973) 758-9301

            *s/David Abrams*
            _____
            DAVID ABRAMS, ESQ. (4758)

TO:

WHEELER DIULIO & BARNABEL, P.C.
Attorneys for Plaintiff
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
(215) 971-1000